1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| LAURA BOELENS, | CASE NO. C22-1802JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| REALPAGE, INC., et al., | |
| Defendants. | |

15   The following minute order is made by the direction of the court, the Honorable

16 James L. Robart:

17   This case is hereby transferred to the Honorable Robert S. Lasnik.  All future

18 pleadings shall bear the cause number C22-1802RSL.

19   Filed and entered this 22nd day of December, 2022.

20 //

21 //

22 //

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2