UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Laura Boelens, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; LINCOLN PROPERTY COMPANY; FPI MANAGEMENT, INC.; AVENUE5 RESIDENTIAL, LLC; EQUITY RESIDENTIAL; ESSEX PROPERTY TRUST, INC.; THRIVE COMMUNITIES MANAGEMENT, LLC; AVALONBAY COMMUNITIES INC.; and SECURITY PROPERTIES INC.,<br><br>          Defendants. | No. 2:22-cv-01802 |

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

1. The deadline for Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Company, FPI Management, Inc., Avenue5 Residential, LLC, Equity Residential, Essex Property Trust, Inc., Thrive Communities Management, LLC, AvalonBay Communities Inc., and Security Properties Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

2. Plaintiff and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Company, FPI Management, Inc., Avenue5 Residential, LLC, Equity Residential, Essex Property Trust, Inc., Thrive Communities Management, LLC, AvalonBay

Communities Inc., and Security Properties Inc. shall meet and confer and file a status report with the Court by March 15, 2023.

Dated this 9th day of February, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge